**Order entered April 26, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00859-CR

**DERIC EUGENE MADISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76000-U**

## ORDER

The Court **REINSTATES** the appeal.

On March 14, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Lawrence Mitchell; and (3) counsel's explanation for the delay in filing appellant's brief is that he has had some medical issues that impacted his work. Because appellant did not tender his brief by April 22, 2016, we **DO NOT ADOPT** the finding that counsel would submit it by that date.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

/s/      ADA BROWN
         JUSTICE